IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL CRAIG BLAND, on behalf of himself and all similarly situated individuals, | ) ) ) ) | Civil Action No. No.: 1:13-CV-04236-RWS |
| Plaintiffs, | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| | ) | COLLECTIVE CERTIFICATION |
| BRAND MORTGAGE GROUP, LLC, | ) ) | SOUGHT |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MICHAEL CRAIG BLAND and Defendant BRAND MORTGAGE GROUP, LLC hereby stipulate to the dismissal of both the Complaint and Counterclaims, with prejudice and with each party to bear its own costs.

Respectfully submitted this 26th day of September, 2014.

/s/ Abigail J. Larimer                                    /s/ Charles L. Bachman, Jr.

Abigail J. Larimer                                            Charles L. Bachman, Jr.
Georgia Bar No.: 999229                              Georgia Bar No.: 030545
*Counsel for Plaintiff*                                    *Counsel for Defendant*
BARRETT & FARAHANY, LLP                    GREGORY, DOYLE, CALHOUN
1100 Peachtree Street, Suite 500                 & ROGERS, LLC
Atlanta, GA 30309                                          49 Atlanta Street
(404) 214-0120                                                Marietta, GA  30060

(404) 214-0125 facsimile  (678) 784-3547
abigail@bf-llp.com  (770) 426-6155 facsimile
 cbachman@gregorydoylefirm.com